UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>JOSHUA CARL VANDERWEL,<br><br>                          Defendant. | CASE NO. CR14-372-RSL<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Assault by Strangulation, Kidnapping and Physical Restraint, Felony Harassment, Assault with a Dangerous Weapon, Aggravated Sexual Abuse, Assault in the Third Degree

<u>Date of Detention Hearing</u>:   January 6, 2015.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE - 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted for the above-listed offenses, alleged to have occurred on the Tulalip Indian Reservation in Indian Country as defined by Title 18, United States Code, Section 1151. The case is set for trial before the Honorable Robert S. Lasnik.

2. Defendant was not interviewed by Pretrial Services. Most of his background information is unknown or unverified. His past criminal record includes assault charges and bench warrant activity. He does not contest detention.

3. Defendant poses a risk of nonappearance due to failures to appear and unverified background information. He poses a risk of danger due to the nature of the charges and past criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>6th</u> day of January, 2015.

                                           Mary Alice Theiler
                                           Chief United States Magistrate Judge