JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-372-RSL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DUE DATE |
| JOSHUA CARL VANDERWEL, | ) | |
| Defendant. | ) | |

Based on the unopposed motion of defendant to continue the trial date and extend the due date for pretrial motions, Dkt. # 28, and defendant's speedy trial waiver, Dkt. # 27, the Court finds as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

1    4.  Taking into account the exercise of due diligence, a continuance is necessary
2 to allow the defendant the reasonable time for effective preparation of his defense.  18
3 U.S.C.§3161(h)(7)(B)(iv).
4    NOW, THEREFORE,
5    IT IS HEREBY ORDERED that the trial date is continued from June 22, 2015,
6 to December 7, 2015.   The resulting period of delay from June 22, 2015, through
7 December 7, 2015, is excluded for speedy trial purposes under 18 U.S.C.§
8 3161(h)(7)(A) and (B).
9    Pretrial motions are due no later than November 9, 2015.

11   DONE this 5th day of June, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE- 2